Case 2:15-cv-09640-TJH-KES Document 17 Filed 03/11/16 Page 1 of 1 Page ID #:132

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE LEWIS WILLIAMS,<br><br>             Petitioner,<br><br>    vs.<br><br>C. PFEIFFER, Warden,<br>             Respondent. | Case No. CV 15-09640-TJH (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action without prejudice.

DATED: March 11, 2016

                                                                TERRY J. HATTER, Jr.
                                                               UNITED STATES DISTRICT JUDGE

1