**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE LEWIS WILLIAMS, | Case No. CV 15-09640-TJH (KES) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| C. PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 11, 2016

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE